SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>      vs.<br><br><br>Tesoro West Company, LLC, et al,<br><br><br><br>            Defendants | Case No.: CIV.S 10-cv-00934-LKK-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF TESORO WEST COMPANY, LLC AND ORDER**<br><br>Complaint Filed: APRIL 17, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Tesoro West Company, LLC) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Tesoro West Company, LLC) is dismissed because Plaintiff is unable to effect proper service on this Defendant.

Dated: June 25, 2010                              /s/Scott N. Johnson_____
                                                            SCOTT N. JOHNSON
                                                            Attorney for Plaintiff

1 **IT IS SO ORDERED**.

2

3 Dated: June 28, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00934-LKK-DAD